381 A.2d 895

Commonwealth v. Green, Appellant.

 Argued September 16, 1977. John E. Feather, Jr., Assistant Public Defender, for appellant; F. Wolfson, Assistant District Attorney, with him George E. Christianson, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.